# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Barbara Elias Zamarin
                       Plaintiff,

v.                                             Case No.: 1:18−cv−04137
                                                 Honorable Robert M. Dow Jr.

Mary N. Dillon, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing set before Judge Ellis for 8/14/2018 is stricken. Unopposed motion to reassign related matters: Sbriglio v. Philippin, et al., No. 18−cv−03606, pending before Judge Gettleman, and Zamarin v. Dillon, et al., No. 18−cv−04137, pending before Judge Ellis 61 is granted; the two cases will be consolidated as one derivited action and will proceed under the lower number 18−cv−3606; and the cases are stayed until further order of court. As to No. 18−cv−1577, the briefing schedule is modified as follows: Plaintiffs' amended complaint is due September 10, 2018; Defendants' responsive pleadings are due November 9, 2018; Plaintiffs' opposition, if necessary, is due January 8, 2019; and Defendants' reply brief, if necessary, is due February 7, 2019; the Court will issue a ruling by mail and set the cases for a further status hearing. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.